IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE LEE JONES,

    *Plaintiff*,

v.                                                                         Case No.: 4:21cv427-MW/MJF

MELINDA N. COONROD, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. Plaintiff acknowledges that he qualifies as a "three striker" under § 1915(g), but he objects to the recommendation of dismissal without prejudice and asks this Court to stay proceedings for 60 days to allow for time to pay the filing fee.

Plaintiff has not demonstrated that he is entitled to a stay of proceedings. He filed his state court appeal months before filing his federal action, and had he been concerned about *Rooker-Feldman* implications in filing this parallel proceeding while his state court appeal remains pending, he would have arranged to pay the filing fee simultaneously with his complaint or refiled his case along with payment

of the filing fee instead of filing objections to the Report and Recommendation. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and administrative fee in its entirety." The Clerk shall close the file.

**SO ORDERED on December 7, 2021.**

                                        <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**